**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2784 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Nos. 18 & 35 DB 2021 |
| | : | |
| v. | : | Attorney Registration No. 312616 |
| | : | |
| ROBERT CAPTAIN LEITE-YOUNG, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

**O R D E R**

**PER CURIAM**

   **AND NOW,** this 17th day of December, 2021, upon consideration of the Verified Statement of Resignation, Robert Captain Leite-Young is disbarred on consent from the Bar of this Commonwealth, s*ee* Pa.R.D.E. 215.  Respondent shall comply with the provisions of Pa.R.D.E. 217, and shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).